Anna Belesiotis, CA SBN 272710
Assistant Federal Public Defender
Email: anna_belesiotis@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorney for Mr. Florez

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00282-AB-1 |
| Plaintiff, | |
| | SENTENCING MEMORANDUM |
| v. | |
| DESMOND RAY FLOREZ, | |
| Defendant. | |

Defendant Desmond Ray Florez, through his attorney, Anna Belesiotis, submits this Sentencing Memorandum in anticipation of his upcoming sentencing hearing on May 29, 2026. On February 19, 2026, Mr. Florez pled guilty to Count One and Two of the Indictment, which charges Sexual Abuse of a Minor, in violation of 18 U.S.C. § 2243(a)(1) and 1153, and Abusive Sexual Contact, in violation of 18 U.S.C. § 2243(a)(3) and 1153 in the above-referenced cause number. Mr. Florez respectfully asks this Court to sentence him to 36 months' imprisonment.

Dated: June 3, 2026.

 /s/ Anna Belesiotis
Anna Belesiotis, CA SBN 272710
Attorney for Mr. Florez

Page 1  Sentencing Memorandum